IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, PH.D., et al.,

        Plaintiffs,

  v.

AMAZON.COM, et al.,

        Defendants.

_____/

No.  CIV.S-05-2187 GEB DAD PS

ORDER

        Pursuant to the court's order shortening time, this matter came before the court on September 1, 2005, for hearing on defendants Amazon.com, Amazon.fr, Amazon.co.uk and Waldenbooks.com's "motion to quash deposition notices."  Vanessa S. Power appeared on behalf of defendants.  Plaintiff, proceeding pro se, appeared on his own behalf.

        Having considered all written materials submitted in connection with the motion, and after hearing oral argument from the

/////

1

parties, for the reasons set forth on the record, IT IS HEREBY ORDERED that:

    1.   Defendants' motion to quash is granted.

    2.   A protective order pursuant to Federal Rule of Civil Procedure 26(c) is entered relieving the following individuals from appearing at their noticed depositions: Jeffrey Bezos, Rick Dalzell, Mark Peek, Tom Szkutak, Michelle Wilson and Kal Raman.

    3.   This protective order is entered without prejudice to plaintiff re-noticing depositions as may be appropriate following a good faith effort to discover evidence relevant to his claims by using the more convenient, less burdensome and less expensive discovery methods discussed at the hearing.

DATED: September 1, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
ddad1\orders.prose\clark2187.oah.090106