IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, PH.D., et al.,

    Plaintiffs,                    No. CIV S-05-2187 GEB DAD PS

    vs.

AMAZON.COM, et al.,                 ORDER

    Defendants.

_____/

        On January 8, 2007, plaintiff filed a motion seeking damages for defendants' alleged failure to make disclosures and cooperate in discovery. Plaintiff did not notice the motion for hearing. On January 25, 2007, plaintiff filed a defective notice of motion. By minute order dated January 26, 2007, plaintiff was advised to file and serve a new notice of motion pursuant to the applicable rules. On February 6, 2007, plaintiff filed a motion to shorten time to February 9, 2007, for hearing of the discovery motion. The motion to shorten time appears to have been served on defendants' counsel by certified mail on February 6, 2007.

        Upon consideration of plaintiff's motion to shorten time, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 6, 2007 motion to shorten time to February 9, 2007, is denied.

1

2.  Plaintiff's motion for discovery and sanctions will be heard on Friday, February 16, 2007, at 10:00 a.m., before the undersigned. Parties may appear at the hearing telephonically. To arrange telephonic appearance, the parties shall contact Pete Buzo, at (916) 930-4128.

3.  Defendants shall file and serve a response to plaintiff's motion for discovery and sanctions on or before 5:00 p.m. on Wednesday, February 14, 2007.

DATED: February 7, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\clark2187.mshorten