IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, PH.D., et al.,

    Plaintiffs,     No. CIV S-05-2187 GEB DAD PS

    v.

AMAZON.COM, et al.,     ORDER

    Defendants.
_____/

    This matter came before the court on February 16, 2007, for hearing on plaintiff's motion for discovery and sanctions. Plaintiff, proceeding pro se, appeared on his own behalf. Vanessa S. Power appeared telephonically on behalf of defendants.

    Having considered all written materials submitted in connection with the motion, and after hearing oral argument from the parties, for the reasons stated on the record, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 8, 2007 motion under Rule 37 for failure to make disclosure or cooperate in discovery and for sanctions is denied in its entirety; and

/////

/////

/////

1

2. In the absence of good cause to extend discovery beyond February 16, 2007, discovery in this case is now closed.

DATED: February 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\clark2187.oah.021607