IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, et al.,

    Plaintiffs,                    No. CIV S-05-2187 GEB DAD PS

    vs.

AMAZON.COM, et al.,

    Defendants.              ORDER

_____/

        Plaintiffs, proceeding pro se, have filed a document titled "Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)."

        Rule 41(a)(1) provides that "an action may be dismissed by a plaintiff without order of court (i) by filing a notice of dismissal <u>at any time before service by the adverse party of an answer or a motion for summary judgment</u>, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1) (emphasis added).  The adverse parties in this action filed an answer on May 26, 2006, as well as a motion for summary judgment on February 26, 2007.  Plaintiff did not file his notice of dismissal prior to May 26, 2006, and cannot dismiss this action by notice.

        The Clerk of the Court has construed plaintiff's invalid notice as a motion to dismiss.  The court will provide defendants with an opportunity to respond to plaintiff's request

1  for dismissal of the action without prejudice.  Plaintiff is advised, however, that defendants are
2  under no obligation to stipulate to such dismissal at this stage of the litigation.
3           IT IS ORDERED that defendants shall respond in writing, within ten days from
4  the date of service of this order, to plaintiff's March 5, 2007 notice, construed as a motion to
5  dismiss this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
6  DATED: March 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\clark2187.plmtd

2