IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, et al.,

    Plaintiffs,                          No. CIV S-05-2187 GEB DAD PS

    vs.

AMAZON.COM, et al.,               FINDINGS AND RECOMMENDATIONS

    Defendants.

        Plaintiffs, proceeding pro se, recently filed a document titled "Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)." The Clerk of the Court construed the notice as a motion to dismiss. By order filed March 9, 2007, the undersigned advised plaintiffs that they may not dismiss this action pursuant to Rule 41(a)(1)(i) because defendants filed an answer to plaintiffs' amended complaint on May 26, 2006.[1] Defendants were directed to respond to plaintiffs' notice as a motion to dismiss pursuant to Rule 41(a)(2).

        Defendants oppose dismissal of the action without prejudice. In light of defendants' pending motion for summary judgment and plaintiffs' recently filed counter-motion

---

[1] Rule 41(a)(1) provides that "an action may be dismissed by a plaintiff without order of court (i) by filing a notice of dismissal <u>at any time before service by the adverse party of an answer or a motion for summary judgment</u>, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1) (emphasis added).

1

for summary judgment, the undersigned will recommend that plaintiffs' motion for dismissal of this action without prejudice be denied.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiffs' March 5, 2007 notice, construed as a motion to dismiss this action without prejudice, be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within ten days after being served with these findings and recommendations, any party may file and serve written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to objections shall be filed and served within ten days after the objections are served.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 20, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\clark2187.f&rpmtd