IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, et al.,

    Plaintiffs,                  No. CIV S-05-2187 GEB DAD PS

    vs.

AMAZON.COM, et al.,              <u>ORDER</u>

    Defendants.

_____/

    Defendants' motion for summary judgment is set for hearing before the undersigned on March 30, 2007.  The plaintiffs have filed a counter-motion for summary judgment.  Pursuant to Local Rule 78-230(e), the court will continue the hearing on the original motion and the counter-motion so as to give the parties a reasonable opportunity to serve and file opposition and a reply.[1]

/////

/////

/////

---

[1] Plaintiff timely filed his counter-motion not less than 14 days preceding the hearing but failed to serve the counter-motion on opposing counsel not less than 17 days preceding the hearing date.  <u>See</u> Local Rule 78-230(c) and (e).

Accordingly, IT IS ORDERED that:

1. The hearing of defendants' February 26, 2007 motion for summary judgment and plaintiffs' March 16, 2007 counter-motion for summary judgment is continued from March 30, 2007, to April 20, 2007, at 10:00 a.m. before the undersigned. Parties may appear at the hearing telephonically. To arrange telephonic appearance, the parties shall contact Pete Buzo, at (916) 930-4128;

2. Defendants' opposition to plaintiffs' counter-motion shall be filed on or before April 6, 2007, and shall be served in accordance with Local Rule 78-230(c);

3. Any reply to defendants' opposition shall be filed and served by plaintiffs on or before April 13, 2007.

DATED: March 20, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\clark2187.contmsj

2