IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A CLARK, PH.D.,
et al.,

        Plaintiffs,           2:05-cv-2187-GEB-DAD-PS

   v.

AMAZON.COM, et al.,

        Defendants.        <u>ORDER</u>

/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On March 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2007, are adopted in full; and

2. Plaintiff's March 5, 2007 motion to dismiss this action without prejudice is denied.

Dated: April 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2