IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED A. CLARK, et al.,

    Plaintiffs,               2:05-cv-2187-GEB-DAD-PS

    vs.

AMAZON.COM, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff Fred A. Clark, proceeding pro se, filed this copyright infringement action on his own behalf and on behalf of his sole proprietorship, Clarco Enterprises. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(21).

        On May 10, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. None of the parties have filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 10, 2007, are adopted in full;

2. Defendants' February 26, 2007 motion for summary judgment is granted;

3. Plaintiffs' March 16, 2007 cross-motion for summary judgment is denied; and

4. This action is dismissed with prejudice.

Dated: June 1, 2007

GARLAND E. BURRELL, JR.
United States District Judge